**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION at CINCINNATI**

| | | |
|---|---|---|
| IN RE: | } | CASE NO. 18-13060 |
| | } | |
| KEVIN WILLIAM LYTLE | } | CHAPTER 13 |
| | } | |
| DEBTOR | } | JUDGE HOPKINS |

## APPRAISAL OF REAL PROPERTY

**COMES NOW** the Debtor in the above-styled and numbered cause and file the attached Appraisals of his real property.

Respectfully submitted,

/s/ Gregory M. Wetherall

_____
GREGORY M. WETHERALL (OH 0067307)
Attorney for Debtors
4030 Mt. Carmel-Tobasco Road, Suite 122
Cincinnati, Ohio 45255
Telephone: (513) 528-0200
Facsimile:  (513) 528-1762
Email: Greg@CincinnatiBankruptcy.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2018, the foregoing instrument was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the Court and (ii) by ordinary U.S. Mail on the following:

Kevin William Lytle, Debtor (via hand delivery)

/s/ Gregory M. Wetherall

_____
GREGORY M. WETHERALL

THE LAW OFFICE OF
GREGORY M. WETHERALL
4030 Mount Carmel-Tobasco Rd
Cincinnati, Ohio 45255
Telephone: (513) 528-0200
www.CincinnatiBankruptcy.com

APPRAISAL OF REAL PROPERTY                                                      Page 1 of 1

**DEBORAH TURNER ABR, GSA**
**GROUP, REALTORS**
**11987 HUNTERGREEN DR.**
**CINCINNATI, OHIO 45251**
**608-2846   (FAX) 674-0346**

| Owner of Property: Lytle, Kevin | | | Exterior __X__ | | Interior _____ |
|---|---|---|---|---|---|
| Address of Property 5340 Hillside Ave. Cincinnati, Ohio 45233 | | | Date Property Viewed September 5, 2017 | | Case # 17-13127 |

### Description of Property

| Style | | Detached | | Roofing | | Rooms | | Car Garage # | |
|---|---|---|---|---|---|---|---|---|---|
| | | Age | | | | Bedrooms | | Carport # | |
| | | | | | | Baths | | Built-in | |
| # of Living Units | | Stories | | Heating | | Living Room | | Attached | |
| | | Split Level | | | | Dining Room | | Detached | |
| Square Feet 1169 | | Basement | | | | Family Room | | Fireplace | |
| | | Crawl Space | | Cooling | | Rec. room | | Porch | |
| Lot Size 100 x 110 | | Slab | | | | Laundry Room | | Patio | |
| | | Foundation | | | | | | Fence | |
| | | Construction | | | | | | Deck | |

| Utilities | Public | Indiv. | Comments; Value for this property is in the land. House needs to be removed, per owner. Land is on a hillside | | |
|---|---|---|---|---|---|
| Water | X | | | | |
| Gas | X | | | | |
| Electric | X | | Comparables used were the only ones available in that area | General Condition of Property | |
| Sewer | X | | | Poor | |

### Comparative Sales Data

| Address | Price | Date Sold | Sq. Ft | Rms/Brm | Bath | Construction | Car/Carport | Age | Condition |
|---|---|---|---|---|---|---|---|---|---|
| 1. 3124 Illinois Ave | 2,800 | 9/01/17 | | | | | | | |
| 2. 2880-2886 River Rd | 5,000 | 7/19/17 | | | | | | | |

| 1. 45 x 435 flat level lot, with all utilities. Zoned residential |
|---|
| 2. 80 x 85 hilly, heavily wooded lot, with utilities at the street. Zoned commercial |

Auditors Value $ 9,500  Purchase Price $10,000  Date Purchased 1/15/10



I VIEWED THIS PROPERTY ON
 September 5, 2017

I HAVE NO PRESENT OR CONTEMPLATED INTEREST IN THE PROPERTY. COMPENSATION IS NOT CONTINGENT ON THE EVALUATION. AS A RESULT OF MY ANALYSIS AND INVESTIGATION, IT IS MY OPINION THAT THE FAIR MARKET VALUE AS OF THE ABOVE DATE IS:
**$7,000**

DEBORAH TURNER ABR, GSA

Page | 1

Lytle, Kevin                    Case #   17-13127
2562 Springdale Rd
Cincinnati, Ohio 45231






There have been no repairs/improvements since I last appraised this property in November 2015.
Home is still a major work in progress which has been stopped by work orders.
Sewers have been installed, just not connected to the house.
Since there has been no repairs to the upper level or roof, there is more ceiling & wall damage.
Central air is inoperable.
Detached garage is only useable for storage.

Aug.20.2018 03:34 PM   Lytle                    5136480790                PAGE.  4
Case 1:18-bk-13060   Doc 19   Filed 08/30/18   Entered 08/30/18 23:51:28   Desc Main
                         Document      Page 4 of 17

Page | 2

Lytle, Kevin   17-13127
2562 Springdale Rd
Cincinnati, Ohio 45231




Upper level is still unfinished. They have put bags in holes trying to stop air and water leaks

Purchase Price  $125,400        Date Purchased February 9, 2006

Auditors Value  $ 99,080

I viewed this property on September 5, 2017

Deborah Turner ABR, GSA

Main File No. 17-13127 Page #1

Lytle, Kevin 2562
File # 17-13127

# Uniform Residential Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | |
|---|---|
| Property Address | 2562 Springdale Rd    City Cincinnati    State Ohio    Zip Code 45231 |
| Borrower | Owner of Public Record    County Hamilton |
| Legal Description | |
| Assessor's Parcel # | 510-0043-0040-00    Tax Year 2016    R.E. Taxes $ 3,530 |
| Neighborhood Name | Colerain    Map Reference    Census Tract |
| Occupant | ☒ Owner ☐ Tenant ☐ Vacant    Special Assessments $    ☐ PUD    HOA $ ☐ per year ☐ per month |
| Property Rights Appraised | ☒ Fee Simple ☐ Leasehold ☐ Other (describe) |
| Assignment Type | ☐ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe) |
| Lender/Client | Lytle, Kevin    Address |
| Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? | ☐ Yes ☒ No |
| Report data source(s) used, offering price(s), and date(s). | |

## CONTRACT

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

| | |
|---|---|
| Contract Price $ | Date of Contract    Is the property seller the owner of public record? ☐ Yes ☐ No    Data Source(s) |
| Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? | ☐ Yes ☐ No |
| If Yes, report the total dollar amount and describe the items to be paid. | |

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☒ Increasing ☐ Stable ☐ Declining | PRICE $(000)  AGE (yrs) | One-Unit % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☒ Shortage ☐ In Balance ☐ Over Supply | 108 Low | 2-4 Unit % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | 130 High | Multi-Family % |
| Neighborhood Boundaries | | 122 Pred. | Commercial % |
| | | | Other % |

Neighborhood Description: Area of residential & commercial properties in poor to good condition. Located on a very busy street.

Market Conditions (including support for the above conclusions): Average sold price has increased from $101,500 in February 2017 to $122,280 in September 2017.

## SITE

| | |
|---|---|
| Dimensions 230 x 348 | Area 80,040 Sq.Ft.    Shape    View |
| Specific Zoning Classification Residential | Zoning Description Single Family |
| Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) | |
| Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? | ☒ Yes ☐ No If No, describe |

| Utilities | Public | Other (describe) | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water ☒ | | Street | ☒ | |
| Gas | ☒ | | Sanitary Sewer ☒ | | Alley | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☐ No    FEMA Flood Zone    FEMA Map #    FEMA Map Date
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

## IMPROVEMENTS

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☐ Concrete Slab ☐ Crawl Space | Foundation Walls Poured | Floors |
| # of Stories 1.5* | ☒ Full Basement ☐ Partial Basement | Exterior Walls Vinyl | Walls |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area sq.ft. | Roof Surface Shingle | Trim/Finish |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish % | Gutters & Downspouts Aluminum | Bath Floor |
| Design (Style) Under construction | ☒ Outside Entry/Exit ☐ Sump Pump | Window Type | Bath Wainscot |
| Year Built 1925 | Evidence of ☐ Infestation | Storm Sash/Insulated | Car Storage ☐ None |
| Effective Age (Yrs) | ☐ Dampness ☐ Settlement | Screens | ☐ Driveway  # of Cars |
| Attic ☐ None | Heating ☐ FWA ☐ HWBB ☐ Radiant | Amenities  Woodstove(s) # | Driveway Surface |
| ☐ Drop Stair ☐ Stairs | ☒ Other Gas    Fuel | ☐ Fireplace(s) #  ☐ Fence | ☒ Garage  # of Cars 2* |
| ☐ Floor ☐ Scuttle | Cooling ☐ Central Air Conditioning | ☒ Patio/Deck  ☒ Porch | ☐ Carport  # of Cars |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | ☐ Pool  ☐ Other | ☐ Att. ☒ Det. ☐ Built-in |

Appliances ☐ Refrigerator ☐ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)
Finished area above grade contains: 4 Rooms    1 Bedrooms    1 Bath(s)    1,435* Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.).
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). * See pic page and comment section.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☒ Yes ☐ No If Yes, describe
See above and pictures

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

---

Freddie Mac Form 70 March 2005    Page 1 of 6    Fannie Mae Form 1004 March 2005

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 17-13127  Page #2

## Uniform Residential Appraisal Report
Lytle, Kevin 2562
File # 17-13127

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| There are | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ | | | | | to $ | . |
| There are | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ | | | | | to $ | . |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2562 Springdale Rd Cincinnati, Ohio 45231 | | | | | | |
| Proximity to Subject | | | | | | | |
| Sale Price | $ | | $ | | $ | | $ |
| Sale Price/Gross Liv. Area | $   sq.ft. | $   sq.ft. | | $   sq.ft. | | $   sq.ft. | |
| Data Source(s) | | | | | | | |
| Verification Source(s) | | | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | | | | | | |
| Date of Sale/Time | | | | | | | |
| Location | Suburban | | | | | | |
| Leasehold/Fee Simple | | | | | | | |
| Site | 230 x 348. | | | | | | |
| View | | | | | | | |
| Design (Style) | Under constructi | | | | | | |
| Quality of Construction | Poor | | | | | | |
| Actual Age | 1925 | | | | | | |
| Condition | poor | | | | | | |
| Above Grade Room Count | Total 4 / Bdrms. 1 / Baths 1 | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Gross Living Area | 1,435* sq.ft. | sq.ft. | | sq.ft. | | sq.ft. | |
| Basement & Finished Rooms Below Grade | Unfinished | | | | | | |
| Functional Utility | | | | | | | |
| Heating/Cooling | Gas/C/A inoper | | | | | | |
| Energy Efficient Items | | | | | | | |
| Garage/Carport | 2 * | | | | | | |
| Porch/Patio/Deck | Porch Patio | | | | | | |
| Net Adjustment (Total) | | ☐ + ☐ | $ | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | Net Adj.    % Gross Adj.   % | $ | Net Adj.    % Gross Adj.   % | $ | Net Adj.    % Gross Adj.   % | $ |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   Cincinnati MLS
My research ☐ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | None per MLS | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | | | | |
| Effective Date of Data Source(s) | | | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Summary of Sales Comparison Approach   Due to condition of the property, there are no comparables.

Indicated Value by Sales Comparison Approach $   70,000

Indicated Value by: Sales Comparison Approach $  70,000   Cost Approach (if developed) $   Income Approach (if developed) $
Due to condition of the home the fair market value is less than the purchase price and Auditors value.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 70,000 , as of  September 5, 2017 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005                        Page 2 of 6                     Fannie Mae Form 1004 March 2005

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 17-13127 Page #3

## Uniform Residential Appraisal Report
Lytle, Kevin 2562
File # 17-13127

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ |
|---|---|---|
| Source of cost data | DWELLING  Sq.Ft. @ $ | =$ |
| Quality rating from cost service    Effective date of cost data | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | =$ |
| | Garage/Carport  Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | =$ |
| | Less  Physical  Functional  External | |
| | Depreciation | =$( ) |
| | Depreciated Cost of Improvements | =$ |
| | "As-is" Value of Site Improvements | =$ |
| Estimated Remaining Economic Life (HUD and VA only)  Years | INDICATED VALUE BY COST APPROACH | =$ |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $           X Gross Rent Multiplier           = $           Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☐ No   Unit type(s)  ☐ Detached  ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases          Total number of units           Total number of units sold
Total number of units rented           Total number of units for sale           Data source(s)
Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No  If Yes, date of conversion.
Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data Source
Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Freddie Mac Form 70 March 2005                         Page 3 of 6                         Fannie Mae Form 1004 March 2005

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

Lytle, Kevin 2562
File # 17-13127

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Main File No. 17-13127 Page #5

## Uniform Residential Appraisal Report

Lytle, Kevin 2562
File # 17-13127

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Main File No. 17-13127 Page #6

## Uniform Residential Appraisal Report

Lytle, Kevin 2562
File # 17-13127

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Deborah Turner, ABR, GSA | Name |
| Company Name | Company Name |
| Company Address | Company Address |
| Telephone Number | Telephone Number |
| Email Address | Email Address |
| Date of Signature and Report | Date of Signature |
| Effective Date of Appraisal  September 5, 2017 | State Certification # |
| State Certification # | or State License # |
| or State License # | State |
| or Other (describe)  State # | Expiration Date of Certification or License |
| State | |
| Expiration Date of Certification or License | **SUBJECT PROPERTY** |
| | ☐ Did not inspect subject property |
| **ADDRESS OF PROPERTY APPRAISED** | ☐ Did inspect exterior of subject property from street |
| 2562 Springdale Rd | Date of Inspection |
| Cincinnati, Ohio 45231 | ☒ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 70,000 | Date of Inspection  September 5, 2017 |
| **LENDER/CLIENT** | |
| Name  Lytle, Kevin | **COMPARABLE SALES** |
| Company Name | |
| Company Address | ☐ Did not inspect exterior of comparable sales from street |
| | ☐ Did inspect exterior of comparable sales from street |
| Email Address | Date of Inspection |

Freddie Mac Form 70 March 2005        Page 6 of 6        Fannie Mae Form 1004 March 2005

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Page | 1

Lytle, Kevin                    Case #  17-13127
1806 Goodman Ave
Cincinnati, Ohio 45239




Soffits need repairing

Purchase Price  $ 59,000          Purchase Date   December 20, 2005

Auditor's Value  $ 75,490  Parcel # 595-0005-0417-00
                 $  4,110  Parcel # 595-0005-0416-00

I viewed this property on   September 5, 2017

Deborah Turner, ABR, GSA

Main File No. 17-13127 | Page #1

## Exterior-Only Inspection Residential Appraisal Report
Lytle, Kevin 1806
File # 17-13127

### SUBJECT
| | |
|---|---|
| Property Address | 1806 Goodman Ave |
| City | Cincinnati |
| State | Ohio |
| Zip Code | 45239 |
| Borrower | |
| Owner of Public Record | Deborah Turner |
| County | Hamilton |
| Legal Description | |
| Assessor's Parcel # | 595-0005-0416-00 & 595-0005-0417-00 |
| Tax Year | 2016 + past due |
| R.E. Taxes $ | 12,800 |
| Neighborhood Name | North College Hill |
| Map Reference | |
| Census Tract | |
| Occupant | ☐ Owner ☒ Tenant ☐ Vacant |
| Special Assessments $ | |
| ☐ PUD  HOA $ | ☐ per year ☐ per month |
| Property Rights Appraised | ☒ Fee Simple ☐ Leasehold ☐ Other (describe) |
| Assignment Type | ☐ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe) |
| Lender/Client | Lytle, Kevin  Address |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s).

### CONTRACT
I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $  Date of Contract  Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

### NEIGHBORHOOD
Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | ☐ Urban ☒ Suburban ☐ Rural | | Property Values | ☐ Increasing ☐ Stable ☒ Declining | | PRICE $ (000) | AGE (yrs) | One-Unit | % |
| Built-Up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply | ☐ Shortage ☐ In Balance ☒ Over Supply | | 50 Low | | 2-4 Unit | % |
| Growth | ☐ Rapid ☐ Stable ☒ Slow | | Marketing Time | ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | 80 High | | Multi-Family | % |
| Neighborhood Boundaries | | | | | | 62 Pred. | | Commercial | % |
| | | | | | | | | Other | % |

Neighborhood Description  Residential area in poor to good condition.

Market Conditions (including support for the above conclusions)  Average sold price has declined from $64,728 in December 2016 to $61,963 in September 2017.

### SITE
| | |
|---|---|
| Dimensions | 30 x 120 |
| Area | 3,600 Sq.Ft. |
| Shape | |
| View | |
| Specific Zoning Classification | Residential |
| Zoning Description | Single Family |
| Zoning Compliance | ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) |
| Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? | ☒ Yes ☐ No  If No, describe |

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street | ☒ | ☐ |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☐ No  FEMA Flood Zone  FEMA Map #  FEMA Map Date
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe

### IMPROVEMENTS
Source(s) Used for Physical Characteristics of Property  ☐ Appraisal Files ☒ MLS ☒ Assessment and Tax Records ☒ Prior Inspection ☒ Property Owner ☐ Other (describe)
Data Source for Gross Living Area

| General Description | General Description | Heating/Cooling | Amenities | Car Storage |
|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | Concrete Slab ☐  Crawl Space ☐ | ☒ FWA ☐ HWBB | Fireplace(s) # ☐ | None ☐ |
| # of Stories 2 | ☒ Full Basement  Finished ☐ | Radiant ☐ | Woodstove(s) # ☐ | Driveway  # of Cars ☐ |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Partial Basement ☐  Finished ☐ | Other ☐ | Patio/Deck ☐ | Driveway Surface |
| ☒ Existing ☐ Proposed ☐ Under Const. | Exterior Walls  Wood/Alum | Fuel | ☒ Porch | ☒ Garage  # of Cars 1 |
| Design (Style) Traditional | Roof Surface  Shingle | ☒ Central Air Conditioning | Pool ☐ | Carport  # of Cars ☐ |
| Year Built 1913 | Gutters & Downspouts Aluminum | Individual ☐ | Fence ☐ | Attached ☐  Detached ☐ |
| Effective Age (Yrs) | Window Type | Other ☐ | Other ☐ | ☒ Built-in |

Appliances ☐ Refrigerator ☐ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)
Finished area above grade contains:  8 Rooms  4 Bedrooms  2 Bath(s)  1,800 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.)

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.). Soffits & siding need paint & repair. Windows also appear to need repairing.

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No
If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe.

Freddie Mac Form 2055 March 2005  Page 1 of 6  Fannie Mae Form 2055 March 2005

Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 17-13127 | Page #2

## Exterior-Only Inspection Residential Appraisal Report
Lytle, Kevin 1806
File # 17-13127

There are _____ comparable properties currently offered for sale in the subject neighborhood ranging in price from $ _____ to $ _____.
There are _____ comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ _____ to $ _____.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1806 Goodman Ave Cincinnati, Ohio 45239 | 7104 Salmar Ct Cincinnati, Ohio 45231 | | 6927 Mearl Ave Cincinnati, Ohio 45239 | | 6934 Lois Dr Cincinnati, Ohio 45239 | |
| Proximity to Subject | | .09 Mile | | .02 Mile | | .07 Mile | |
| Sale Price | $ | $ | 63,900 | $ | 64,800 | $ | 65,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 29.72 sq.ft. | | $ 34.29 sq.ft. | | $ 30.23 sq.ft. | |
| Data Source(s) | | Cincinnati MLS | | Cincinnati MLS | | Cincinnati MLS | |
| Verification Source(s) | | | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | | | | | | |
| Date of Sale/Time | | 3/01/17 | | 7/26/17 | | 7/20/17 | |
| Location | Suburban | Suburban | | Suburban | | Suburban | |
| Leasehold/Fee Simple | | | | | | | |
| Site | 30x120&10x120 | 39 x 176 | | 41 x 200 | | 45 x 279 | |
| View | | | | | | | |
| Design (Style) | Traditional | Traditional | | Traditional | | Traditional | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 1913 | 1948 | | 1938 | | 1948 | |
| Condition | Exterior Fair - | Fair | | Good | | Good | |
| Above Grade | Total\|Bdrms.\|Baths | Total\|Bdrms.\|Baths | | Total\|Bdrms.\|Baths | | Total\|Bdrms.\|Baths | |
| Room Count | 8 \| 4 \| 2 | 6 \| 3 \| 2 | | 6 \| 3 \| 1 | +3,000 | 6 \| 3 \| 1.5 | +2,000 |
| Gross Living Area | 1,800 sq.ft. | 2,150 sq.ft. | -3,000 | 1,890 sq.ft. | | 2,150 sq.ft. | -3,000 |
| Basement & Finished Rooms Below Grade | Unfinished | Unfinished | | Unfinished | | Unfinished 1/2B | -2,000 |
| Functional Utility | | | | | | | |
| Heating/Cooling | GFA/Central | GFA/Central | | GFA/Central | | GFA/Central | |
| Energy Efficient Items | | | | | | | |
| Garage/Carport | 1Built-in | 1 Built-in | | 1 Detached | | 2 Detached | -3,000 |
| Porch/Patio/Deck | Porch | Deck | | Fence WBFP | -5,000 | Patio | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -3,000 | ☐ + ☒ - | $ -2,000 | ☐ + ☒ - | $ -6,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 4.7 % Gross Adj. 4.7 % | $ 60,900 | Net Adj. 3.1 % Gross Adj. 12.3 % | $ 62,800 | Net Adj. 9.2 % Gross Adj. 15.4 % | $ 59,000 |

☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  Cincinnati MLS
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)  Cincinnati MLS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | None per MLS | None per MLS | None per MLS | None per MLS |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | | | | |
| Effective Date of Data Source(s) | | | | |

Analysis of prior sale or transfer history of the subject property and comparable sales     N/A

Summary of Sales Comparison Approach   Comp #1 Hardwood floors throughout. Comp #2 New furnace, carpeting, & interior paint. Newer roof & updated kitchen. Comp #3 HUD home. Sold as is listed @ $54,000 sold @ $65,000

Indicated Value by Sales Comparison Approach $  70,000
Indicated Value by: Sales Comparison Approach $ 70,000   Cost Approach (if developed) $   Income Approach (if developed) $
Due to declining values in the area, and exterior repairs needed, the current fair market value is less than the purchase price.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair.

Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 70,000 , as of September 5, 2017 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 2055 March 2005                            Page 2 of 6                            Fannie Mae Form 2055 March 2005

Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Exterior-Only Inspection Residential Appraisal Report**  Lytle, Kevin 1806
File # 17-13127

**ADDITIONAL COMMENTS**

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

| | |
|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE .......................=$ |
| Source of cost data | DWELLING    Sq.Ft. @ $   =$ |
| Quality rating from cost service    Effective date of cost data |    Sq.Ft. @ $   =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) |    =$ |
| | Garage/Carport    Sq.Ft. @ $   =$ |
| | Total Estimate of Cost-New    =$ |
| | Less    Physical  Functional  External |
| | Depreciation        =$(        ) |
| | Depreciated Cost of Improvements    =$ |
| | "As-is" Value of Site Improvements    =$ |
| Estimated Remaining Economic Life (HUD and VA only)    Years | INDICATED VALUE BY COST APPROACH   =$ |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $         X Gross Rent Multiplier        = $         Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☐ No   Unit type(s)  ☐ Detached  ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases         Total number of units         Total number of units sold
Total number of units rented      Total number of units for sale      Data source(s)
Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No   If Yes, date of conversion
Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data Source(s)
Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

### Exterior-Only Inspection Residential Appraisal Report

Lytle, Kevin 1806
File # 17-13127

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Main File No. 17-13127 Page #5

**Exterior-Only Inspection Residential Appraisal Report**   Lytle, Kevin 1806
File # 17-13127

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

Main File No. 17-13127 Page #6

## Exterior-Only Inspection Residential Appraisal Report

Lytle, Kevin 1806
File # 17-13127

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Deborah Turner, ABR, GSA | Name |
| Company Name | Company Name |
| Company Address | Company Address |
| Telephone Number | Telephone Number |
| Email Address | Email Address |
| Date of Signature and Report | Date of Signature |
| Effective Date of Appraisal  September 5, 2017 | State Certification # |
| State Certification # | or State License # |
| or State License # | State |
| or Other (describe)  State # | Expiration Date of Certification or License |
| State | **SUBJECT PROPERTY** |
| Expiration Date of Certification or License | ☐ Did not inspect exterior of subject property |
| ADDRESS OF PROPERTY APPRAISED | ☒ Did inspect exterior of subject property from street |
| 1806 Goodman Ave | Date of Inspection  September 5, 2017 |
| Cincinnati, Ohio 45239 | |
| APPRAISED VALUE OF SUBJECT PROPERTY $  70,000 | **COMPARABLE SALES** |
| LENDER/CLIENT | ☒ Did not inspect exterior of comparable sales from street |
| Name  Lytle, Kevin | ☐ Did inspect exterior of comparable sales from street |
| Company Name | Date of Inspection |
| Company Address | |
| Email Address | |

Freddie Mac Form 2055 March 2005                Page 6 of 6                Fannie Mae Form 2055 March 2005

Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE